### LINDA MILLER *v.* HUGH MILLER

The plaintiff's petition for certification for appeal from the Appellate Court, 16 Conn. App. 412, is denied.

*William F. Gallagher,* in support of the petition.

*John E. Lee,* in opposition.

Decided November 1, 1988

### KATHLEEN GUZZE ET AL. *v.* NEW BRITAIN GENERAL HOSPITAL ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 16 Conn. App. 480, is denied.

*John Serrano,* in support of the petition.

*April Haskell,* in opposition.

Decided November 1, 1988

### TODD C. MORRISON *v.* STATE OF CONNECTICUT

The plaintiff's petition for certification for appeal from the Appellate Court is denied.

*Todd C. Morrison,* pro se, in support of the petition.

*Leah Hawley,* deputy assistant state's attorney, in opposition.

Decided November 10, 1988

### STATE OF CONNECTICUT *v.* MARIO SARACENO

The defendant's petition for certification for appeal from the Appellate Court, 15 Conn. App. 222, is denied.

*Joseph A. Hourihan,* in support of the petition.

Decided November 10, 1988